UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, Plaintiffs | ) | C.A. No. 08-005/S |
| v. | ) | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendant | ) | |

**ENTRY OF APPEARANCE**

Brooks R. Magratten, Esq. of Vetter & White hereby enters his appearance as counsel for defendant Boston Mutual Life Insurance Company.

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com

Dated: January 31, 2008

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Entry of Appearance on January 31, 2008. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Charles S. Beal, Esq., #559
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

/s/ Brooks R. Magratten