AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

D&H Therapy Associates, LLC and
Robin Dolan

V.

Boston Mutual Life Insurance
Company

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-005S

TO: (Name and address of Defendant)

A. Michael Marques, Director of
Department of Business Regulation and
Insurance Commissioner, as Agent for
Boston Mutual Life Insurance Company
Department of Business Regulation
233 Richmond Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/23/08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/28/08 |
| NAME OF SERVER (PRINT) Joseph Clarke | TITLE Constable Lic#6026 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Donna Arakian – Dept. of Business Regulation 1-28-08 State of R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/28/08
Date

[signature]
*Signature of Server*

24 Hardfield Ave.
Providence, R.I. 02908
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.