UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, Plaintiffs | ) | C.A. No. 08-005/S |
| v. | ) | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendant | ) | **STIPULATION** |

Plaintiff and defendant Boston Mutual Life Insurance Company agree that defendant may have up to and including February 29, 2008 to respond to the complaint.

/s/ Charles Beal
Charles S. Beal, Esq. #0662
Cameron & Mittleman, LLP
Attorneys for Plaintiffs
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700

/s/ Brooks Magratten
Brooks R. Magratten, Esq., No. 3585
Catherine A. Shaghalian, Esq., 6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: February 5, 2008