UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, Plaintiffs, | : | |
| v. | : | C.A. No. 08-005S |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendant. | : | |

## STIPULATION

It is hereby stipulated and agreed, by and between the undersigned, that Plaintiff Robin Dolan's time to respond to the Counterclaim of Defendant, Boston Mutual Life Insurance Company, shall be extended until March 27, 2008.

D&H THERAPY ASSOCIATES, LLC
and ROBIN DOLAN

By Their Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787
Date: March 14, 2008

BOSTON MUTUAL LIFE INSURANCE
COMPANY,

By Its Attorneys,

/s/ Brooks R. Magratten
/s/ Catherine A. Shaghalian

Brooks R. Magratten (#3585)
Catherine A. Shaghalian (#6883)
Vetter & White
20 Washington Place
Providence, RI 02903
Tel. (401) 421-3060
Fax (401) 272-6803
Date: March 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2008, a true copy of the within was sent, via electronic transmission through the Court's Electronic Case Filing system, to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Charles S. Beal

G:\csb\D&HTherapy\pldgs\stipulation.doc