UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, Plaintiffs, | : | |
| v. | : | C.A. No. 08-005S |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendant. | : | |

**REPLY TO COUNTERCLAIM**

Plaintiff Robin Dolan ("Plaintiff") replies to the Counterclaim of Defendant, Boston Mutual Life Insurance Company ("Boston Mutual"), as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Plaintiff admits that the applicable insurance policy contains terms relating to disability and earnings and refers the Court to the insurance policy for its contents.

5. Plaintiff admits that the applicable insurance policy contains terms relating to disability and earnings and refers the Court to the insurance policy for its contents.

6. Plaintiff admits that the applicable insurance policy contains terms relating to disability and earnings and refers the Court to the insurance policy for its contents.

7. Plaintiff denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 7 of the Counterclaim.

8. Plaintiff denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 8 of the Counterclaim.

9. Plaintiff denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 9 of the Counterclaim.

10. Plaintiff denies knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 10 of the Counterclaim.

11. Denied.

12. Denied.

13. Plaintiff admits that Boston Mutual has demanded certain sums of Plaintiff and denies the remainder of the allegations of Paragraph 13.

14. Denied.

**SECOND DEFENSE**

Boston Mutual has failed to state a claim upon which relief may be granted.

**THIRD DEFENSE**

Boston Mutual and its agents have acted arbitrarily, capriciously and in bad faith with regard to the long-term disability insurance contract here at issue.

**FOURTH DEFENSE**

Boston Mutual's claim is barred by the doctrine of laches.

**FIFTH DEFENSE**

Boston Mutual's claim is barred by the doctrine of waiver.

**SIXTH DEFENSE**

Boston Mutual's claim is barred by the doctrine of estoppel.

**SEVENTH DEFENSE**

Boston Mutual's claims are barred by their own breaches of the agreement with Plaintiffs.

**EIGHTH DEFENSE**

Boston Mutual failed to mitigate its alleged damages.

**NINTH DEFENSE**

Boston Mutual's claim is barred by the doctrine of unclean hands.

**TENTH DEFENSE**

The contract terms relied upon by Boston Mutual are, at best, ambiguous and must be interpreted in favor of the policyholder and beneficiary.

WHEREFORE, Plaintiff Robin Dolan demands judgment dismissing the Counterclaim of the Defendant, Boston Mutual Life Insurance Company, and granting such further relief as the Court may deem appropriate.

D&H THERAPY ASSOCIATES, LLC
and ROBIN DOLAN

By Their Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: March 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2008, a true copy of the within was sent, via electronic transmission through the Court's Electronic Case Filing system, to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Charles S. Beal

G:\csb\D&HTherapy\pldgs\replycounterclaim.doc