UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, Plaintiffs | ) | |
| | ) | C.A. No. 08-005/S |
| v. | ) | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendant | ) | |

**DEFENDANT'S RULE 16 CONFERENCE STATEMENT**

Pursuant to this Court's notice of March 4, 2008, defendant Boston Mutual Life Insurance Company ("Boston Mutual") submits the following statement setting forth a brief summary of the facts and enumerating the elements that it must prove to sustain its counterclaim against plaintiff Robin Dolan. Defendant also provides citations to the relevant authorities upon which counsel relies.

**FACTS**

Robin Dolan is a 52-year-old physical therapist. She is covered under a group long term disability plan sponsored by D&H Therapy, Inc. and funded by a Boston Mutual group long term disability policy. Ms. Dolan is also a 50% partner in D&H Therapy, Inc. ("D&H") and Associated Professional Management, Inc. ("APM"). The Plan's definition of disability recognizes that a claimant may be disabled and continue to work, but requires that a participant suffer at least a 20% loss from pre-disability earnings due to the disabling condition. It also provides an offset for any other income amounts that a participant receives or earns from any form of employment. In the event of an

overpayment of benefits due to "fraud or mistake," Boston Mutual has the right to recover that overpayment.

Ms. Dolan has a history of childhood polio. From this, she complains of weakness and instability in her lower extremities. She stopped working full time due to a February 19, 2001 right knee meniscectomy and arthroscopy to repair an unstable tear of her lateral meniscus. She returned to work part time on August 20, 2001. Boston Mutual approved her claim for long term disability ("LTD") benefits based on this part-time work schedule on January 3, 2002.

In 2006 Disability Reinsurance Management Services ("DRMS"), Boston Mutual's third-party administrator, audited Ms. Dolan's claim. It concluded that Ms. Dolan's share of profits from D&H and APM should have been considered in calculating benefits from 2002 through 2006. Using Ms. Dolan's shares of business profits, DRMS concluded that Ms. Dolan had not suffered a 20% loss in pre-disability monthly earnings in 2002 as required under the Plan.

By letter dated October 27, 2006, DRMS discontinued benefit payments to Ms. Dolan. It reported that based on its financial review, Ms. Dolan had not suffered the required 20% loss in pre-disability earnings under the Plan. Moreover, the payment of benefits to Ms. Dolan from 2002 onward resulted in an overpayment of benefits in the amount of $145,958.32. DRMS demanded that Ms. Dolan repay this amount. Ms. Dolan twice appealed the termination of benefits.[1] DRMS ultimately upheld its original decision.

[1] During Ms. Dolan's appeals, DRMS waived the overpayment subject to a full reservation of rights.

On or about January 23, 2008, Ms. Dolan commenced this action for LTD benefits under ERISA. Boston Mutual asserts a counterclaim for overpayment of LTD benefits in the amount of approximately $145,958.32.

## COUNTERCLAIM – OVERPAYMENT OF DISABILITY BENEFITS

To prevail on its counterclaim for overpayment of disability benefits under 29 U.S.C. § 1132(a)(3), defendant will have to prove:

(1) Plaintiff Robin Dolan was overpaid LTD benefits;

(2) The Plan provides for recovery of an overpayment of long term disability benefits;

(3) Plaintiff Robin Dolan has not repaid this amount;

(4) The overpayment amount can be traced to the defendant's possession, belongs in good conscience to defendant and has not been dissipated. Great-West Life & Annuity Insurance Co. v. Knudson, 534 U.S. 204, 213-214 (2002);

(5) Defendant is entitled to recover the overpayment of LTD benefits.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: April 16, 2008

CERTIFICATE OF SERVICE

To:

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

I hereby certify that I electronically filed the within Defendant's Rule 16 Conference Statement on April 16, 2008. The Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-named counsel of record will be effectuated by electronic means or by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian