UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, | : | |
| Plaintiffs, | : | C.A. No. 08-005S |
| v. | : | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**MOTION FOR LEAVE**
**TO AMEND THE COMPLAINT**

Now come the Plaintiffs D&H Therapy Associates LLC and Robin Dolan (the "Plaintiffs"), and move this Honorable Court for leave to amend their Complaint in this matter in the form annexed hereto as Exhibit A. As grounds for their motion, Plaintiffs rely upon the memorandum of law filed simultaneously herewith.

D&H THERAPY, LLC and
ROBIN DOLAN,

By their Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117

June 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ Charles S. Beal___________________
Charles S. Beal