UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, | : | |
| Plaintiffs, | : | C.A. No. 08-005S |
| v. | : | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs D&H Therapy Associates LLC and Robin Dolan (the "Plaintiffs") respectfully submit this memorandum of law in support of their Motion to Amend the Complaint. The purpose of the proposed amendment is to add a claim for fraud in the inducement, and to incorporate a document recently uncovered by Plaintiffs that strongly supports Plaintiffs claims that it was given repeated assurances by Defendant Boston Mutual Life Insurance Company ("Defendant"), even before the contract was executed, that earnings would be defined under the contract as W-2 earnings and that income from other sources, such as investments or phantom stockholder income would not be considered for the purpose of determining eligibility for disability benefits..

Plaintiffs have asserted in this action that they were assured by Defendant and its agents that "earnings" would be defined as W-2 earnings for purposes of the policy, and that for the purpose of determining eligibility for benefits, other types of income would not be considered. After acting in accordance with that definition for several years by paying Ms. Dolan disability benefits, Defendant abruptly reversed its policy by announcing that it would be considering all income received by Ms. Dolan, including

phantom shareholder income and demanding that Ms. Dolan repay it nearly $150,000 in benefits. Defendant has denied throughout this process that it gave the Plaintiff any such assurances that "earnings" would be defined as W-2 income.

In the process of preparing for a mediation scheduled in this matter, Plaintiff has uncovered a specific written proposal that was furnished by Defendant to Plaintiff shortly before it purchased the insurance here at issue that precisely defines earnings in the manner in which Plaintiffs have contended that it should be read. The Proposal, written on Defendant's letterhead and dated 2000, defines Earnings as follows:

> **Definition of Earnings** Basic Annual Earnings shall mean the Insured Person's earnings for the prior calendar year ***as reported by the Group Policyholder on form W-2.*** If the person has earnings for less than a calendar year, Basic Annual Earnings shall be determined by averaging the monthly earnings for each month worked and annualizing the result.

(Emphasis added.) (A copy of this written proposal is annexed to the proposed Amended Complaint as Exhibit 1.)[1]

It is Plaintiffs' contention that this newly uncovered document strongly supports Plaintiffs' claim of bad faith, as well its proposed claim for fraud in the inducement. Plaintiffs should be allowed to plead in the alternative that if Defendant is correct in its assertion in this case that earnings should include investment and other income, it is apparent that they misled Plaintiffs into entering into the insurance contract by including what they are now claiming to be a false definition of "earnings" in their above-referenced proposal.

---

[1] Remarkably, this proposal was not contained within the voluminous documents produced to Plaintiffs and represented to be Defendant's entire file relating to this claim.

Pursuant to Rule 15, leave to amend is freely given. Further, Defendant will not be prejudiced by this amendment as no discovery or briefing has taken place in this matter other than Rule 16 mandatory disclosures.

WHEREFORE, it is respectfully requested that this Court enter an order granting Plaintiffs leave to file and serve the Amended Complaint annexed to the Motion for Leave to Amend as Exhibit A and granting such further relief as it deems just and appropriate.

D&H THERAPY, LLC and
ROBIN DOLAN,

By their Attorneys,

__/s/ Charles S. Beal______________________
Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117

June 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ Charles S. Beal__________________
Charles S. Beal