UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

D&H THERAPY ASSOCIATES, LLC :
and ROBIN DOLAN, :
:
Plaintiffs, :
: C.A. No. 08-005S
v. :
:
BOSTON MUTUAL LIFE INSURANCE :
COMPANY, :
Defendant. :

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF**

Now come the Plaintiffs D&H Therapy Associates, LLC and Robin Dolan (the "Plaintiffs"), and move this Honorable Court for an extension of time to file a reply memorandum in support of their Motion for Leave to Amend the Complaint until July 7, 2008. As grounds for their Motion, Plaintiffs state that Defendant has raised legal issues to which Plaintiffs wish to respond, but their counsel has been actively engaged with other matters and has not been able to file a reply brief within the time allowed by the local rules. Defendant has indicated that it assents to the relief requested by way of this application.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order allowing it up to and including July 7, 2008 to file a reply memorandum in support

of their Motion for Leave to Amend the Complaint and granting such further relief as it deems just and appropriate.

D&H THERAPY, LLC and
ROBIN DOLAN,

By their Attorneys,

__/s/ Charles S. Beal_____________________
Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117

July 1, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ Charles S. Beal__________________
Charles S. Beal