UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 11 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

D&H THERAPY ASSOCIATES, LLC :
and ROBIN DOLAN, :
:
Plaintiffs, :
: C.A. No. 08-005S
v. :
:
BOSTON MUTUAL LIFE INSURANCE :
COMPANY, :
Defendant. :

**ORDER**

This matter came to be heard before Magistrate-Judge Martin on the 9th day of July, 2008, on the Motion of plaintiffs D&H Therapy Associates, LLC and Robin Dolan (the "Plaintiffs") for Leave to Amend the Complaint (the "Motion to Amend"). Upon hearing thereon and consideration of the submissions and arguments of counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that

The Motion to Amend is denied without prejudice.

ENTER: PER ORDER:

David L Martin
DLMJ
7-14-08

Presented by:

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117
July 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Charles S. Beal