UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 08-005S |
| v. | : | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Now come Plaintiffs D&H Therapy Associates, LLC and Robin Dolan and move this Honorable Court for an Order granting it leave to file an Amended Complaint in the form annexed hereto as Exhibit A. As grounds for their Motion, Plaintiffs rely on the Memorandum of Law filed simultaneously herewith.

D&H THERAPY ASSOCIATES, LLC
and ROBIN DOLAN,

By their Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117
July 16, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ Charles S. Beal__________________
Charles S. Beal