**Standard Plan Provisions**

Continuity of Coverage

In order to prevent loss of coverage for an insured because of a transfer of insurance carriers, the plan will provide coverage as follows.

**For individuals who are disabled on the date coverage under this plan becomes effective:**

An employee will be covered under the plan if (s)he was insured by the prior group insurance plan, and the cost of coverage under the prior group insurance plan was paid.

Payments will be limited to the monthly amount the prior group insurance plan would have paid the insured had the plan stayed in effect. Payments will be reduced by any amount the prior group insurance plan is responsible for paying.

**For individuals who become disabled under this plan due to a pre-existing condition:**

If an employee was insured by the prior group insurance plan just before becoming eligible for coverage under this plan; is in active employment; and is insured under this plan, then (s)he may be eligible for payments under this plan if his/her disability is due to a pre-existing condition.

In order to receive payments, (s)he must meet the pre-existing condition exclusion of this plan or the prior group insurance plan, had the plan stayed in effect.

The total amount of time the employee was continuously insured under both the prior group insurance plan and this plan will be considered to determine satisfaction of the pre-existing condition exclusion. If the pre-existing condition exclusion of either plan can't be satisfied, then a disability payment will not be made.

Payments will be determined using the provisions of this plan, but the monthly payment will not be more than the maximum monthly payment of the prior group insurance plan, and will end on the earlier of the end of the maximum payment duration under this plan or the date benefits would have ended under the prior group insurance plan, if the plan had stayed in effect.

Note: This plan provision applies when replacing prior coverage, where no gap exists between termination date of prior coverage and effective date of coverage under this plan.

**Variable Plan Provisions**

Mental Illness Limitation

Payments for a disability due to mental illness will be made for up to 24 months. The monthly payment will not be made beyond the maximum payment duration.

Mental Illness means a disability due to or resulting from psychiatric or psychological conditions, regardless of cause and includes: schizophrenia, depression, manic-depressive or bipolar illness, anxiety, personality or adjustment disorders or other conditions usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

This limitation does not apply to dementia if due to stroke, trauma, viral infection, Alzheimer's disease or other conditions not usually treated by a mental health provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

**Variable Plan Provisions**

Definition of Disability

An insured is considered disabled if due to sickness or injury (s)he is unable to perform *some or all* of the material and substantial duties of his/her **regular occupation** and has at least a 20% loss in pre-disability earnings.

An insured is also considered disabled if (s)he meets the Definition of Disability as defined above, but is working in **any occupation**, and has at least a 20% loss in pre-disability earnings.

The Definition of Disability also presumes:

- disability begins while the insured is covered under the plan
- that the loss of a professional or occupational license or certification does not, by itself, mean the insured is disabled
- **any occupation** includes the insured's regular occupation

**Regular occupation** means the occupation, (as it is performed nationally), that the insured is routinely performing when disability begins. It does not mean the job the insured is performing for a specific employer or at a specific location.

**Variable Plan Provisions**

Definition of Disability

An insured is considered disabled if due to sickness or injury (s)he is unable to perform *some or all* of the material and substantial duties of his/her **regular occupation** and has at least a 20% loss in pre-disability earnings.

An insured is also considered disabled if (s)he meets the Definition of Disability as defined above, but is working in **any occupation** and has at least a 20% loss in pre-disability earnings.

Payments will continue beyond 24 months if due to the same sickness or injury the insured is unable to perform the material and substantial duties of any **gainful occupation**. An insured is also considered disabled if (s)he meets the Definition of Disability with respect to his/her **regular occupation**, but is working in **any occupation** and has a 20% loss in pre-disability earnings.

The Definition of Disability also presumes:

- disability begins while the insured is covered under the plan
- that the loss of a professional or occupational license or certification does not, by itself, mean the insured is disabled
- **any occupation** includes the insured's regular occupation

**Regular occupation** means the occupation, (as it is performed nationally), that the insured is routinely performing when disability begins. It does not mean the job the insured is performing for a specific employer or at a specific location.

**Gainful occupation** means an occupation, considering an insured's past training, education and experience (or for which an insured can be trained), that provides or can be expected to provide the insured, within 12 months of returning to work, with a before tax income at least equal to his/her gross monthly payment.

**Variable Plan Provisions**

Calculating the Disability Payment

To figure the amount of monthly payment:

1. If the insured is disabled and not working or disabled and working, earning less than 20% of pre-disability earnings, payment to the insured will be figured as follows:

   Step 1: Multiply the insured's monthly pre-disability earnings by the benefit percentage.
   Step 2: Compare this amount to the maximum monthly payment for this plan.
   Step 3: Take the lesser of the amounts from Steps 1 and 2. This is the insured's gross monthly benefit.
   Step 4: Subtract from the gross monthly payment any Other Income Amounts, except any income earned or received from any form of employment. This is the payment the insured may receive.

2. If the insured is disabled and working earning between 20% and 80% of pre-disability earnings, payment to the insured for 24 months will be figured as follows:

   Step 1: Multiply the insured's monthly pre-disability earnings by the benefit percentage.
   Step 2: From 100% of the insured's monthly pre-disability earnings subtract any Other Income Amounts, including current income earned or received from any form of employment.
   Step 3: Compare the results from Steps 1 and 2 with the maximum monthly payment for this plan.
   Step 4: The payment the insured may receive is the lesser of the amounts from Step 3.

   Payment after 24 months will be figured as follows:

   Step 1: Multiply the insured's monthly pre-disability earnings by the benefit percentage.
   Step 2: Compare this amount to the maximum monthly payment for this plan.
   Step 3: Take the lesser of the amounts from Steps 1 and 2. This is the insured's gross monthly payment.
   Step 4: Subtract from the gross monthly payment:
   -100% of any Other Income Amounts, except any income earned or received from any form of employment, and
   -50% of any income earned or received from any form of employment.
   This is the payment the insured may receive.

3. If the insured is disabled and working earning more than 80% of pre-disability earnings, (taking into consideration a three month average of current earnings), no further payments will be made and the claim will terminate.

   Loss of earnings must be as a result of or due to the same sickness or injury for which the insured is disabled.

**Variable Plan Provisions**

Minimum Payment Amount

Disabled insureds will receive at least $100 or 10% of the gross disability payment (whichever is greater) per month under the plan, regardless of income received from other sources, unless the minimum payment amount must be applied toward recovery of an overpayment which may exist on the insured's claim.

**Variable Plan Provisions**

Primary and Family Social Security Integration

The monthly payment will be directly reduced by Primary and Family Social Security benefits. Primary benefits are those Social Security benefits which the insured receives or is eligible to receive because of disability and/or retirement. Family benefits are those Social Security benefits which the insured's spouse, child or children receive or are eligible to receive as the result of the insured's eligibility for Social Security benefits.

Note: Also see OTHER INCOME AMOUNTS.

**Variable Plan Provisions**

Maximum payment duration means the period of time during which the disabled insured will receive a monthly payment. It is based on the insured's age when (s)he becomes disabled.

Social Security Normal Retirement Age (SSNRA)

| *Age at Disability* | *Maximum Payment Duration* |
|---|---|
| Less than age 60 | To Social Security Normal Retirement Age (SSNRA) |
| 60 | 60 months or to SSNRA, whichever is greater |
| 61 | 48 months or to SSNRA, whichever is greater |
| 62 | 42 months or to SSNRA, whichever is greater |
| 63 | 36 months or to SSNRA, whichever is greater |
| 64 | 30 months or to SSNRA, whichever is greater |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and older | 12 months |

Social Security Normal Retirement Age (SSNRA) means the age at which the insured is eligible for Social Security full retirement benefits. This Payment Duration Schedule reflects the 1983 revision to the Social Security Act.

Note: Employees who remain at work full-time at age 70 or beyond will continue to be eligible for coverage.

**Variable Plan Provisions**

Pre-Existing Conditions Exclusion

This plan will cover a disability if it is caused by, contributed to by, or results from a pre-existing condition and the disability begins:

- after the insured has gone at least 6 consecutive months from his/her effective date of coverage without treatment for the pre-existing condition; or
- after being insured for 12 consecutive months from his/her effective date of coverage.

If the time period requirements are not met, the disability is excluded from coverage under the plan.

Pre-Existing Condition means a sickness or injury for which the insured received treatment or where symptoms were present to the degree that an ordinarily prudent person would seek treatment within 3 months prior to his/her effective date of coverage.

Treatment includes consultation, care or services from a doctor or other medical professional recommended by a doctor. It includes being prescribed medicines, taking prescribed medicines (or the fact that the insured should have been taking prescribed medicines, but chooses not to), and receiving diagnostic measures.

**Additional Plan Provisions**

Workplace Modification Benefit

This benefit reimburses the employer up to 100% of reasonable costs incurred through modification to the workplace to accommodate a disabled employee's return to work and to assist the employee in remaining at work. The amount paid will not exceed the lesser of a maximum of $1,000 for any one employee or the expected liability for the claim.

To qualify for this reimbursement, the employee must have:

- a disability preventing him/her from performing some or all of the material and substantial duties of his/her regular occupation;
- the physical and mental abilities needed to perform some or all of the material and substantial duties of his/her regular or a gainful occupation, but only with the assistance of the proposed workplace modification; and
- the reasonable expectation of returning to active employment and remaining in active employment with the assistance of the proposed workplace modification.

The employer must provide a written proposal on the proposed workplace modification.

Vocational Rehabilitation Services

A disabled employee who is receiving a payment may be eligible for vocational rehabilitation services. These services may include vocational testing and training, job modifications, job placement or other services reasonably needed to assist the insured in returning to full-time or part-time active employment.

The decision to offer these services will be based on a disabled employee's education, training and experience, transferable skills, physical and mental abilities, motivation to return to active employment, the labor force demand for the particular occupation and the expected liability for the claim.

To qualify for these services, the employee must:

- have a disability preventing him/her from performing some or all of the material and substantial duties of his/her regular occupation;
- lack the skills, training or experience needed to perform another gainful occupation;
- possess the physical and mental abilities needed to complete a rehabilitation program; and
- be reasonably expected to return to active employment with the assistance of these services.

Once it has been determined that the disabled employee qualifies for the services, a written program will be prepared by us.

Social Security Assistance

If an insured is receiving a payment, assistance can be provided to help him/her with their application for Social Security Disability benefits or in offering guidance through an appeal process, if necessary.

Receipt of Social Security benefits may enable the insured to receive Medicare after 24 months of disability payments, protect retirement benefits or qualify the insured's family for Social Security benefits.



BOSTON MUTUAL LIFE INSURANCE COMPANY