# GROUP INSURANCE PROPOSAL

NAME OF COMPANY:

**Professional Rehabilitation Network**

PRESENTED BY:

**Benefit Services, Inc.**

DATE: **June 12, 2000**



BOSTON MUTUAL LIFE INSURANCE COMPANY

# Professional Rehabilitation Network

## -Long Term Disability-

**Eligible Employees: Partners**
**All active full time eligible employees**

### Schedule of Benefits

| BASIC BENEFITS | Class 1 | Class 2 |
|---|---|---|
| Benefit Percentage | 60% | 60% |
| Maximum Monthly Benefit | 6,000 | 6,000 |
| Maximum Covered Salary | 10,000 | 10,000 |
| Elimination Period | 180 days | 180 days |
| Maximum Benefit Duration | SSNRA | SSNRA |
| Integration | Family | Family |
| **VARIABLE PROVISIONS** | | |
| Definition of Disability | Extended Own Occ | 24 Month Own Occ |
| Includes Residual | Yes | Yes |
| Return to Work Benefit | 24 Months | 24 Months |
| Pre-Existing Conditions Exclusion | 3/6/12 | 3/6/12 |
| Mental and Nervous | 24 Months | 24 Months |
| Limitations: | | |
| Self Reported Symptoms | No | No |
| Drug and Alcohol | Yes | Yes |
| Minimum Monthly Benefit | $100 or 10% | $100 or 10% |
| Survivor Benefit | 3 Months | 3 Months |
| **OPTIONAL BENEFITS** | | |
| Spousal Disability Benefit | No | No |
| Escalation Benefit | No | No |
| 401(K) Contribution | No | No |
| Employer Pension Plan Contribution | No | No |

### The Following Are Standard Provisions Unless Otherwise Indicated

Accumulation of the Elimination Period
Family or Medical Leave of Absence
Workplace Modification Benefit

Continuity of Coverage
Vocational Rehabilitation Services
Full Maternity

Cost of Living Freeze
Temporary Recovery
Waiver of Premium

# Professional Rehabilitation Network

**-Long Term Disability-**

**Summary of Monthly Cost**

| | |
|---|---|
| Number of Eligible Employees | 52 |
| Monthly Covered Payroll | $152,582 |
| Rate per $100 of Covered Payroll | $.42 |
| Monthly Premium | $640.84 |
| Rate Guarantee | 2 Years |
| Employee Contribution Required | Yes ** |

**This proposal was prepared on June 12, 2000. It is valid for 90 days and is subject to the following conditions:**

**Proposal Conditions**

If the plan is Contributory, (the insured pays a portion of the premium), at least 50% of those eligible must participate.

If the plan is Non-Contributory, (the employer pays the entire premium), all eligible insureds must be covered.

Only full time employees working 25 or more hours per week are eligible for this insurance unless an exception is made to cover part time employees.

This proposal does not constitute the contract. It is intended to explain certain portions of the Group LTD plan. Any discrepancies between this proposal and the contract will be resolved by the wording contained in the contract.

This proposal is based upon the census information provided. Final rates and provisions will be based upon the actual enrollment information. Costs and rates for the employees insured under this plan on the initial effective date must be accepted by the Home Office.

*** Rates assume 100% employer contribution.**
**** Rates assume employer contribution of at least 25%.**

Long Term Disability: One of the toughest problems an employer will ever face.

If unable to work as a result of a prolonged accident or sickness, would you and your employees be financially secure?

- Over 780,000 workers become seriously physically disabled each year in the U.S.[1]
- Before age 42, there is a three times greater chance of suffering a disability of at least 90 days, than dying.[2]
- Statistics show that nearly one-third of all working Americans between the ages of 25 and 60 suffers a disability that keeps them from working for at least 90 days.[3]

Despite these startling statistics, Group Long Term Disability insurance is often overlooked. Disabilities do, in fact, happen and their financial impact can be disastrous. In fact, more and more people view disability as a fate worse than death.

WHAT ARE YOUR OPTIONS WHEN A DISABILITY STRIKES?

1. Do you continue to pay two salaries; one to the disabled individual and one to his/her replacement? While this may be an adequate solution for a short time, what happens if the insured never recovers?

2. Do you rely on Social Security? Many employers rely on Social Security to meet their disability needs without realizing its limitation.

    A. Social Security denies many claims because of its stringent definition of disability.

    B. Social Security may not be enough as the maximum primary award totals less than $15,000 annually.

    C. The system itself is unpredictable.

---

1. *Menninger Foundation Report*, 1985.
2. *Journal of American Society of Chartered Life Underwriters*, Volume III, No. 1.
3. John W. Mahoney, National Underwriter - February 1994 (Sales, News & Trends)



BOSTON MUTUAL LIFE INSURANCE COMPANY

WHAT ARE YOUR OPTIONS WHEN A DISABILITY STRIKES?
(continued)

3. Do you rely on your employees buying their own individual disability policies? While this may be the answer for some, individual policies may not be available to others, at any cost. This is due to the fact that coverage is subject to proof of insurability. Additionally, the cost of an individual program is substantially greater than group coverage.

4. ...or you can rely on Group LTD. Group LTD will lessen the financial impact by replacing a reasonable portion of earnings that are lost as a result of a disability. Group LTD is:

   - easy to administer
   - low in cost
   - a valuable recruiting tool
   - a meaningful insurance benefit

Group LTD: the solution to a tough problem.



BOSTON MUTUAL LIFE INSURANCE COMPANY

BOSTON MUTUAL LIFE INSURANCE COMPANY

# Definition of Earnings

# for

# Professional Rehabilitation Network

**Definition of Earnings**: Basic Annual Earnings shall mean the Insured Person's earnings for the prior calendar year as reported by the Group Policyholder on form W-2. If the person has earnings for less than a calendar year, Basic Annual Earnings shall be determined by averaging the monthly earnings for each month worked and annualizing the result.

**Standard Plan Provisions**

## Elimination Period

Elimination Period is a period of continuous days of disability and begins on the first day of disability.
Disability must continue through the elimination period before payments to the insured begin.
Please refer to the Schedule of Benefits and Cost Summary page of this proposal for the elimination period selected.

## Accumulation of Elimination Period

If, during the elimination period, a disability temporarily ceases and the insured returns to his/her regular occupation for up to 7 days and becomes disabled again due to the same sickness or injury, (s)he is not required to satisfy a new elimination period.

Days the insured is not disabled will not count toward satisfying the elimination period.

## Pre-Disability Earnings

Pre-Disability Earnings means the insured's gross monthly rate of earnings from the employer in effect immediately prior to the date disability begins. It includes earnings from commissions, but not bonuses, overtime pay or other extra compensation. Commissions received will be averaged for the lesser of the 12 month period of employment immediately prior to the date disability begins or the period of employment.

## Monthly Payment

When proof is received that the insured is disabled due to sickness or injury and requires the regular attendance of a physician, the insured will receive a monthly payment based on his/her earnings, but not to exceed the maximum payment amount selected in the Schedule of Benefits and Cost Summary page of this proposal.

Accumulation of Elimination Period
7 days

**Standard Plan Provisions**

## Elimination Period

Elimination Period is a period of continuous days of disability and begins on the first day of disability. Disability must continue through the elimination period before payments to the insured begin. Please refer to the Schedule of Benefits and Cost Summary page of this proposal for the elimination period selected.

## Accumulation of Elimination Period

If, during the elimination period, a disability temporarily ceases and the insured returns to his/her regular occupation for up to 30 days and becomes disabled again due to the same sickness or injury, (s)he is not required to satisfy a new elimination period.

Days the insured is not disabled will not count toward satisfying the elimination period.

## Pre-Disability Earnings

Pre-Disability Earnings means the insured's gross monthly rate of earnings from the employer in effect immediately prior to the date disability begins. It includes earnings from commissions, but not bonuses, overtime pay or other extra compensation. Commissions received will be averaged for the lesser of the 12 month period of employment immediately prior to the date disability begins or the period of employment.

## Monthly Payment

When proof is received that the insured is disabled due to sickness or injury and requires the regular attendance of a physician, the insured will receive a monthly payment based on his/her earnings, but not to exceed the maximum payment amount selected in the Schedule of Benefits and Cost Summary page of this proposal.

Accumulation of Elimination Period
**30** days

Other Income Amounts

**LTD coverage is designed to replace a reasonable portion of a disabled insured's salary. To prevent over insurance, LTD payments will be reduced by income the insured receives or is eligible to receive from the following sources:**

- U.S. Social Security
- Canadian and Quebec pension plans
- Workers' Compensation law
- Group disability plans with employer or association
- Group disability plans with another employer
- Employer retirement plans
- Formal salary continuation or sick leave plans
- State disability plans (E.D.D., D.B.L., T.D.B., T.D.I., etc.)
- Unemployment benefits
- No-fault automobile insurance benefits or automobile liability insurance benefits
- Any form of employment
- A third party (after subtracting attorney's fees) by judgment, settlement or otherwise

LTD benefits are NOT reduced by the following sources of income:

- 401(k) plans
- Profit sharing plans
- Thrift plans
- Tax sheltered annuities
- Stock ownership plans
- Credit disability insurance
- Non-qualified plans of deferred compensation
- Pension plans for partners
- Military pension and military disability income plans
- A retirement plan from another employer
- Individual retirement accounts (IRA)
- Informal salary continuation plans
- Individual disability plans

### Cost of Living Freeze

Except for increases in income earned or received from any form of employment, once an Other Income Amount has been subtracted from the gross monthly disability payment, the insured's payment will not be further reduced due to a cost of living increase in any Other Income Amount.

### Exclusions

Disabilities which arise from the following will not be covered:

- intentionally self-inflicted injuries
- war or active participation in a riot, or
- the attempt to commit or commission of a felony under federal or state law

**Standard Plan Provisions**

Temporary Recovery

If the insured temporarily recovers and returns to work, earning more than 80% of his/her pre-disability earnings, and the same sickness or injury causes disability to occur again within six months of the date the prior disability ended, monthly payments to the insured will resume if (s)he was continuously insured under the plan for the period of temporary recovery. A new elimination period for this disability will not need to be satisfied.

Three Month Survivor Benefit

If an insured dies after having been disabled for a minimum of 180 consecutive days and was receiving payments under the plan, the eligible survivor will be paid a one-time lump sum benefit equal to three times the last gross monthly benefit payment. If there is no eligible survivor, payment will be made to the insured's estate. If there is no estate, no payment will be made.

If the Six Month Survivor Benefit is selected, it will replace the Three Month Survivor Benefit.

Waiver of Premium

Premium payments for coverage under the Long Term Disability plan are suspended for an insured while (s)he is receiving payments under the plan.