UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, | : | |
| Plaintiffs, | : | C.A. No. 08-005S |
| v. | : | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**ASSENTED TO MOTION TO AMEND THE PRETRIAL ORDER**

Now come the Plaintiffs D&H Therapy Associates, LLC and Robin Dolan (the "Plaintiffs"), and move this Honorable Court for an order amending the pretrial order extending all dates therein by thirty days, as more specifically set out below. As grounds for their Motion, Plaintiffs states as follows:

Due to summer vacation schedules and other pressing obligations of counsel, despite the cooperation and efforts of counsel, Plaintiffs have not yet been able to complete all of its discovery. Specifcally, two depositions remain to be completed. Further, counsel for the parties are continuing to work on resolving certain pending disputes relating to discovery in an effort to avoid unnecessary motion practice. Rather than imposing short notice times for the depositions of two remaining witnesses, Plaintiffs request a thirty day extension to complete this limited discovery, with a corresponding adjustment to the other dates contained within the Pretrial Order. Defendant has indicated that it assents to the relief requested by way of this application.

The proposed new dates and deadlines, all of which are thirty days from the dates contained in the Pretrial Order, would be as follows:

Fact Discovery will be closed by September 29, 2008;

Defendant shall file its dispositive motion by October 15, 2008;

Plaintiffs' Opposition and Cross-Motion shall be filed by November 6, 2008;

Defendant shall file its opposition and reply by November 20, 2008;

Plaintiffs' reply shall be filed by December 5, 2008; and

The parties' Pretrial Memoranda shall be due within 30 days after a decision on any dispositive motions or if no dispositive motions are filed, on October 15, 2008

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order amending the Pretrial Order in this matter to incorporate the above set-out dates and granting such further relief as it deems just and appropriate.

D&H THERAPY, LLC and
ROBIN DOLAN,

By their Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ Charles S. Beal__________________
Charles S. Beal