UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN,

Plaintiffs,

v.

BOSTON MUTUAL LIFE INSURANCE COMPANY,

Defendant.

C.A. No. 08-005S

**ORDER**

This matter came to be heard before Magistrate-Judge Martin on the 13th day of August, 2008, on the Motion of plaintiffs D&H Therapy Associates, LLC and Robin Dolan for Leave to Amend the Complaint (the "Motion to Amend"). Upon hearing thereon and consideration of the submissions and arguments of counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that

The Motion to Amend is granted.

ENTER:

David L. Martin
USMJ 8-25-08

PER ORDER:

Presented by:

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117
July 11, 2008

RECEIVED
AUG 13 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.