# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 0 4 2008
VETTER & WHITE

D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN,

Plaintiffs,

v.

BOSTON MUTUAL LIFE INSURANCE COMPANY,

Defendant.

C.A. No. 08-005S

**NOTICE OF DEPOSITION**

DEPONENT: Thomas F. Liszanckie
DATE: September 17, 2008
TIME: 10:00 am

To: Brooks Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jones Reporting Company, Inc.
Two Oliver Street, 8th Floor
Boston, MA 02109

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, on Tuesday, September 17, 2008, at 10:00 am at the offices of Riemer & Braunstein LLP, 7 New England Executive Park, 11th Floor, Burlington, Massachusetts 01803, the Plaintiffs D&H Therapy Associates, LLC and Robin Dolan, by their attorneys, will take the deposition of the Thomas F. Liszanckie, on oral examination, before a Notary Public authorized by law to administer oaths.

You are invited to attend and cross-examine.

D&H THERAPY ASSOCIATES, LLP and
ROBIN DOLAN

By their Attorneys,

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, RI 02903
Tel: (401) 270-6200
Fax: (401) 490-0117

**CERTIFICATE OF SERVICE**

The undersigned counsel for the Plaintiff hereby certifies that on September 3, 2008 a copy of this document was mailed, postage prepaid, to the above listed individuals and entities.