# EXHIBIT B

AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

D&H Therapy Associates, LLC
and Robin Dolan

V.

Boston Mutual Life Insurance Company

SUBPOENA IN A CIVIL CASE

Case Number:[1] (C.A. No. 08-005S)
(Dist of RI)

RECEIVED
SEP 04 2008
VETTER & WHITE

TO: Maureen Baker
Benefit Services Incorporated
36 Washington Street, Suite 80
Wellesley Hills, Massachusetts 02481

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Riemer & Braunstein, LLP, 7 New England Executive Park 11th Floor, Burlington, Massachusetts 01803 | September 17, 2008 11:30 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All files relating to Professional Rehabilitation Network, D&H Therapy or D&H Therapy Associates, LLC

| PLACE | DATE AND TIME |
|---|---|
| Riemer & Braunstein, LLP, 7 New England Executive Park 11th Floor, Burlington, Massachusetts 01803 | September 17, 2008 11:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 9/3/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Charles S. Beal (BBO # 554709)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, RI 02903
COUNSEL FOR THE PLAINTIFFS

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 0 4 2008
VETTER & WHITE

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, Plaintiffs, | : | |
| v. | : | C.A. No. 08-005S |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendant. | : | |

**NOTICE OF DEPOSITION**

DEPONENT: Maureen H. Baker
DATE: September 17, 2008
TIME: 11:30 am

To: Brooks Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jones Reporting Company, Inc.
Two Oliver Street, 8th Floor
Boston, MA 02109

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, on Tuesday, September 17, 2008, at 11:30 am at the offices of Riemer & Braunstein LLP, 7 New England Executive Park, 11th Floor, Burlington, Massachusetts 01803, the Plaintiffs D&H Thereapy Associates, LLC and Robin Dolan, by their attorneys, will take the deposition of the Maureen H. Baker, on oral examination, before a Notary Public authorized by law to administer oaths.

You are invited to attend and cross-examine.

D&H THERAPY ASSOCIATES, LLP and
ROBIN DOLAN

By their Attorneys,

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, RI 02903
Tel: (401) 270-6200
Fax: (401) 490-0117

**CERTIFICATE OF SERVICE**

The undersigned counsel for the Plaintiff hereby certifies that on September 3, 2008 a copy of this document was mailed, postage prepaid, to the above listed individuals and entities.