UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&H THERAPY ASSOCIATES, LLC and ROBIN DOLAN, | : | |
| Plaintiffs, | : | C.A. No. 08-005S |
| v. | : | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**PLAINTIFFS' MOTION TO COMPEL**
**THE PRODUCTION OF DOCUMENTS**

Plaintiffs D&H Therapy Associates LLC and Robin Dolan (the "Plaintiffs") move this Honorable Court for an Order compelling Defendant to produce documents from the Claims File, set out specifically in the accompanying Memorandum of Law, which Defendant has withheld from production based on an assertion of the attorney/client and work product doctrines. As grounds for the Motion, Plaintiffs rely upon the Memorandum of Law filed simultaneously herewith.

Plaintff certifies that it has in good faith conferred with Defendant in an effort to resolve the dispute without court action.

D&H THERAPY, LLC and
ROBIN DOLAN,

By their Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel. (401) 270-6200
Fax (401) 490-0117

September 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2008, a true copy of the within was sent, via electronic service, to the following:

Brooks R. Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ Charles S. Beal___________________
Charles S. Beal