VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803

VETTER & WHITE

August 13, 2008

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Re: D&H Therapy Assoc., LLC, et al. v. Boston Mut. Life Ins. Co., C.A. No. 08-005/S

Dear Charlie:

As we discussed earlier today, I enclose a revised privilege log and several additional documents that were withheld when defendant originally produced the claim file in this case. I trust these materials will satisfy the concerns raised in your July 12th correspondence.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Tim

Timothy M. Bliss

Enclosures

# PRIVILEGE LOG

A/C: Attorney Client Privilege

WPD: Work Product Privilege

| AUTHOR | RECIPIENT | DATE | BATES NO. | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|
| Unknown | None | 6/23/00 | 000185-86 | Roster of employees | Personal identifying information of nonparties redacted |
| D&H Therapy Associates | Donley Center | 1/31/06 | 000512 | Billings for Donley Center | Personal identifying information of nonparties redacted |
| D&H Therapy Associates | Donley Center | 2/28/06 | 000513 | Billings for Donley Center | Personal identifying information of nonparties redacted |
| D&H Therapy Associates | Donley Center | 3/06 | 000514 | Billings for Donley Center | Personal identifying information of nonparties redacted |
| D&H Therapy Associates | Donley Center | 5/31/06 | 000515 | Billings for Donley Center | Personal identifying information of nonparties redacted |
| D&H Therapy Associates | None | 7/25/06 | 000541 | Epoch Center billings 1/1/06 – 6/30/06 | Personal identifying information of nonparties redacted |
| D&H Therapy Associates | None | 7/25/06 | 000557 | Epoch Center billings 1/1/06 – 6/30/06 | Personal identifying information of nonparties redacted |
| None | None | 2004 | 000658-59 | 2004 Schedule K-1 Associated Professional Management, Inc. | Personal identifying information of nonparties redacted |
| None | None | 2003 | 000678-80 | 2003 Schedule K-1 Associated Professional Management, Inc. | Personal identifying information of nonparties redacted |

| | | | | | |
|---|---|---|---|---|---|
| None | None | 2004 | 000714-715 | 2004 Schedule K-1 D&H Therapy Associates | Personal identifying information of nonparties redacted |
| None | None | 2003 | 000722-24 | 2003 Schedule K-1 D&H Therapy Associates | Personal identifying information of nonparties redacted |
| None | None | 2002 | 000735-738, 000786-787 | 2002 Schedule K-1 D&H Therapy Associates | Personal identifying information of nonparties redacted |
| None | None | 2001 | 000746-48, 000792 | 2001 Schedule K-1 D&H Therapy Associates | Personal identifying information of nonparties redacted |
| Disability RMS | None | 12/20/06 | 000805-806 | Internal, proprietary memorandum containing legal analysis of leave rights of Rhode Island employees | A/C, WP |
| None | None | None | 000820-21 | Re-appeal notification reviewing legal basis and support for processing and administration of claim and determined by general counsel | A/C |
| Unknown | File | 11/28/07 | 000828 | Note to file reflecting meeting with general counsel | A/C |
| Andy Bernstein, Esq. | Deborah Cole | 10/25/07 | 000865 | Email from general counsel containing legal advice regarding response to correspondence from Mr. Beal and Ms. Havunen | A/C |
| Unknown | None | Unknown | 000908 | Memorandum reflecting request for legal advice and legal advice provided | A/C: privileged portions redacted |
| Janine Daniels | File | 5/2/07 | 000924, 000946 | Note to file reflecting request for legal advice and legal advice provided | A/C: privileged portions redacted |
| Janine Daniels | File | 3/5/07 | 000924-925, 000963, 000989, 000998 | Note to file reflecting request for legal advice | A/C: privileged portions redacted |
| Janine Daniels | File | 1/3/07 | 000926, 0001038 | Note to file reflecting request for legal advice | A/C: privileged portions redacted |
| Unknown | Unknown | Unknown | 000949 | Summary of request for legal advice and advice received regarding disposition of appeal | A/C: privileged portions redacted |
| Andy Bernstein, Esq. | Janine Daniels | 5/1/07 | 000960-61 | Electronic communication from general counsel to Disability RMS employees containing legal advice regarding communication with claimant's attorney | A/C |
| Janine Daniels | File | 5/2/07 | 000962 | Note to file reflecting communication with counsel | A/C |

| | | | | | |
|---|---|---|---|---|---|
| Janine Daniels | Andy Bernstein, Esq. | 4/30/07 | 000967 | Redacted communication with counsel for the purpose of obtaining legal advice | A/C |
| Janine Daniels | Andy Bernstein, Esq. | 4/30/07 | 000967 | Redacted communication with counsel for the purpose of obtaining legal advice | A/C |
| Byrne Decker, Esq. | Andy Bernstein, Esq. | 4/25/07 | 000969-970 | Redacted communication between general counsel and outside counsel regarding request for legal advice | A/C |
| Andy Bernstein, Esq. | Byrne Decker, Esq. | 4/20/07 | 000970-971 | Redacted communication between general counsel and outside counsel regarding request for legal advice | A/C |
| Andy Bernstein, Esq. | Janine Daniels | 4/25/07 | 000972 | Redacted communication between general counsel and employee containing legal advice | A/C |
| Janine Daniels | Andy Bernstein, Esq., Sally Dodge | 4/25/07 | 000972 | Redacted communication between employee and general counsel containing request for legal advice | A/C |
| Andy Bernstein, Esq. | Janine Daniels, Sally Dodge | 4/19/07 | 000972 | Redacted communication between general counsel and employee containing legal advice | A/C |
| Janine Daniels | Andy Bernstein, Esq., Sally Dodge | 4/25/07 | 000973, 000976 | Redacted communication between employee and general counsel containing request for legal advice | A/C |
| Andy Bernstein, Esq. | Janine Daniels, Sally Dodge | 4/19/07 | 000973, 000976 | Redacted communication between general counsel and employee containing legal advice | A/C |
| Janine Daniels | Andy Bernstein, Esq. | 3/29/07 | 000979 | Redacted communication between employee and general counsel containing request for legal advice | A/C |
| Byrne Decker, Esq. | Andrew Bernstein, Esq. | 4/27/07 | 000981-88 | Memorandum from outside counsel to general counsel containing legal analysis and advise regarding claim | A/C |
| Andy Bernstein, Esq. | Janine Daniels, Sally Dodge | 4/17/07 | 000993 | Redacted communication between general counsel and employee containing legal advice | A/C |
| Andy Bernstein, Esq. | Janine Daniels | 4/11/07 | 000994-95 | Communication containing legal advice | A/C |
| Unknown | Unknown | Unknown | 000881-82 | Re-appeal notification reviewing legal basis and support for processing and administration of claim and determined by general counsel | A/C |
| Andy Bernstein, Esq. | Kevin Balvin | 10/23/06 | 0001114-1115 | Communication containing legal advice | A/C |
| Kevin Balvin | William Muller | 10/5/06 | 0001147 | Communication with counsel | A/C |
| William Muller, Esq. | Kevin Balvin | 10/4/06 | 1147-1148 | Communication with counsel | A/C |
| Ann Lebel | Kevin Balvin | 10/3/06 | 0001165 | Communication reflecting request for legal advice | A/C |
| Andy Bernstein, Esq. | Kevin Balvin | 10/3/06 | 0001165 | Communication reflecting request for legal advice | A/C |
| Kevin Balvin | Andy Bernstein, Esq. | 10/3/06 | 0001165 | Communication reflecting request for legal advice | A/C |

| | | | | | |
|---|---|---|---|---|---|
| William Muller, Esq. | Kevin Balvin | 6/14/06 | 0001254 | Communication containing legal advice | A/C |

| Name | Title | Employer |
|---|---|---|
| Kevin Balvin | Sr. Managed Disability Anal. | Disability RMS |
| Andy Bernstein, Esquire | General Counsel | Disability RMS |
| Judy Bogdanovich, CPA | Certified Public Accountant | Cardamone Risk Management Consulting Services, Inc. |
| Angela Clarke | Legal Assistant | Disability RMS |
| Janine Daniels | Appeals Analyst | Disability RMS |
| Byrne J. Decker, Esquire | Attorney | Pierce, Atwood, LLP |
| Sally Dodge | Manager | Disability RMS |
| Ann Lebel | Legal Administrator | Disability RMS |
| William Muller, Esquire | Attorney | Self-employed |
| Gigi Sanchez, Esquire | Attorney | Pierce, Atwood, LLP |